# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Milazzo, Jane T. | 2. Court or Organization  United States District Court, Eastern District of Louisiana | 3. Date of Report  10/30/2017 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | **5a. Report Type** (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☑ Amended Report | **6. Reporting Period**  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

500 Poydras Street, Room C-206
New Orleans, Louisiana 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | MJ Holding Company. Liquidated in 2016. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | EDWARD JONES IRA DISTRIBUTION FOR ESTATE BENEFICIARY | $4,023.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | U.S. FEDERAL CREDIT UNION, REIREMENT BENEFITS FOR SPOUSE |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Campus Federal Credit Union Checking / Savings Accounts | A | Interest | K | T | | | | | |
| 2. E.I. duPont de Nemours & Co. Stock | A | Dividend | J | T | | | | | |
| 3. Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | J | T | | | | | |
| 4. Schwab Cap Laudus Intl MK Master | A | Dividend | L | T | | | | | |
| 5. Royce Opportiunity Fund | B | Dividend | K | T | Sold (part) | 08/23/16 | L | A | |
| 6. Vanguard Index Fd Sml Cp Grw Inv | B | Dividend | M | T | | | | | |
| 7. SPDR S&P 500 Trust | A | Dividend | L | T | | | | | |
| 8. Columbia Property Trust, Inc. | B | Dividend | | | Sold | 08/25/16 | K | A | |
| 9. MetLife Universal Life Cash Surrender Value | A | Dividend | K | T | | | | | |
| 10. SPDR Global Real Estate ETF | A | Dividend | K | T | | | | | |
| 11. Chemours Company | A | Dividend | J | T | Spinoff (from line 2) | 01/01/16 | J | | See Note in Part VIII |
| 12. Charter Commuications, Inc. New "A" (X) | A | Dividend | J | T | Buy | 05/18/16 | J | | See Note in Part VIII |
| 13. Lands End Inc., New (X) | A | Dividend | J | T | Buy | 01/01/16 | J | | See Note in Part VIII |
| 14. Waste Management, Inc. (X) | A | Dividend | J | T | | | | | |
| 15. Baron Emerging Market Retail | A | Dividend | K | T | Buy | 06/24/16 | K | | See Note in Part VIII |
| 16. START LA Account | A | Int./Div. | J | T | Buy (add'l) | 10/06/16 | J | | See Note in Part VIII |
| 17. ING Fixed Account | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Movil SA De CV ADR | A | Dividend | J | T | | | | | |
| 19. AT&T | A | Dividend | J | T | | | | | |
| 20. Capital One Financial Corp | A | Dividend | L | T | | | | | |
| 21. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 22. Chevron Corp | A | Dividend | J | T | | | | | |
| 23. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 24. Comcast Corp Cl A | A | Dividend | J | T | | | | | |
| 25. Ford Motor Co | A | Dividend | J | T | | | | | |
| 26. Gatx Corp | A | Dividend | J | T | | | | | |
| 27. General Electric Co | B | Dividend | M | T | | | | | |
| 28. GlaxoSmithkline PLC | A | Dividend | J | T | | | | | |
| 29. Home Depot | A | Dividend | K | T | | | | | |
| 30. McDonalds | A | Dividend | J | T | | | | | |
| 31. Merck & Co. Inc., New | A | Dividend | J | T | | | | | |
| 32. Pepco Holdings, Inc. | | None | | | Redeemed | 03/26/16 | J | A | |
| 33. Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 34. Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Telesites S A B DE C V SHS | A | Dividend | | | Sold | 03/29/16 | J | A | Se Note at PArt VIII |
| 36. Texas Instruments, Inc. | A | Dividend | J | T | | | | | |
| 37. Tredegar Industries | A | Dividend | J | T | | | | | |
| 38. Verizon | A | Dividend | J | T | | | | | |
| 39. Allstate Corp. | A | Dividend | J | T | | | | | |
| 40. Archer Daniels Midland Co. | A | Dividend | J | T | | | | | |
| 41. Ensco Intl PLC New | A | Dividend | J | T | | | | | |
| 42. Express Scripts Holding Co. | A | Dividend | J | T | Buy (add'l) | 07/01/16 | J | | |
| 43. Arthur Gallagher & Co. | A | Dividend | K | T | | | | | |
| 44. Hancock Holdings Co. | A | Dividend | J | T | | | | | |
| 45. IBM | A | Dividend | K | T | Buy (add'l) | 07/01/16 | J | | |
| 46. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 47. Microsoft | A | Dividend | J | T | | | | | |
| 48. Rockwell Automation | A | Dividend | J | T | | | | | |
| 49. Rockwell Collins Inc. | A | Dividend | J | T | | | | | |
| 50. Time Warner, Inc. New | A | Dividend | J | T | | | | | |
| 51. UBS Group AG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |
| 53. Walt Disney Co | A | Dividend | J | T | | | | | |
| 54. Yum Brands | A | Dividend | J | T | Buy | 11/01/16 | J | | See Note in VIII |
| 55. Yum China Holdings (X) | A | Dividend | J | T | Buy | 11/01/16 | J | | See Note in VIII |
| 56. T. Rowe Price Inst Mid-Cap Equity Growth | A | Dividend | M | T | | | | | |
| 57. Ishares MSCI EAFE Value Index Fund | A | Dividend | | | Sold | 08/23/16 | K | A | |
| 58. Vanguard Short Term Bond Fund | A | Dividend | K | T | | | | | |
| 59. Vanguard Total Bond Market ETF | A | Dividend | L | T | | | | | |
| 60. Vanguard Total World Fund ETF | B | Dividend | M | T | Buy (add'l) | 08/26/16 | J | | |
| 61. Vanguard CRSP US Small Cap Value Ind | A | Dividend | L | T | | | | | |
| 62. ALPS Fund Aspen Managed Futures | A | Dividend | K | T | | | | | |
| 63. American Century Global Real Estate Inst | A | Dividend | | | Sold | 08/24/16 | J | | |
| 64. Calamos Evolving World Growth | A | Dividend | | | Sold | 08/24/16 | K | | |
| 65. Fidelity Funds New Markets Inc. | A | Dividend | K | T | | | | | |
| 66. J.P. Morgan Strategic Income Opportunity Fund Select | A | Dividend | K | T | | | | | |
| 67. T. Rowe Price Value Fund | A | Dividend | K | T | Sold (part) | 08/24/16 | K | | |
| 68. Templeton Emerg Markets Small Cap ADV | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Global Total Return Fund ADV | A | Dividend | K | T | Sold (part) | 08/24/16 | K | | |
| 70. Thornburg LTD-Term Inc Instl | A | Dividend | K | T | | | | | |
| 71. Amazon Company, Inc. | A | Dividend | K | T | | | | | |
| 72. Alphabet, Inc. | A | Dividend | K | T | | | | | |
| 73. Google | A | Dividend | K | T | | | | | |
| 74. Medtronic, Inc. | A | Dividend | K | T | | | | | |
| 75. SPDR Global Real Estate ETF | A | Dividend | K | T | Buy (add'l) | 08/23/16 | K | | |
| 76. Vanguard Int'l Bond Index ETF | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 77. IShares Edge MSCI MIN VOL USA ETF | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 78. Vanguard CRSP US Large Cap Value Ind | A | Dividend | K | T | | | | | |
| 79. ALPS Fund Aspen Managed Futures | A | Dividend | K | T | | | | | |
| 80. MJ Holding Company (See Expl in Section VIII) | A | Distribution | | | Distributed | 12/30/16 | J | | |
| 81. Property # 2, Napoleonville, LA | | None | J | W | | | | | |
| 82. Property # 4, Napoleonville, LA | | None | K | W | | | | | |
| 83. Property # 5, Napoleonville, LA | | None | K | W | | | | | |
| 84. DFA Int'l Core Equity Portfolio 1 | A | Dividend | L | T | Buy | 08/22/16 | L | | |
| 85. Vanguard Inflation - Protected Sec Admiral | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Edward Jones MM Cash Account | A | Int./Div. | J | T | | | | | |
| 87. TDAM Municipal Portfolio Class A Cash | A | Int./Div. | K | T | Buy (add'l) | 12/30/16 | J | | |
| 88. FDIC InsuredDeposit Account Cash | A | Interest | L | T | Buy (add'l) | 12/30/16 | K | | |
| 89. Origin Bank MM | B | Interest | J | T | Sold (part) | 04/07/16 | J | | See note at VIII |
| 90. Bossier Parish, LA Sch Distr GO 3.375% (X) | A | Interest | K | T | | | | | |
| 91. Charles Schwab MM (X) | A | Interest | J | T | | | | | |
| 92. Tesla Motors, Inc. (X) | A | Dividend | J | T | | | | | |
| 93. Calamos Evolving World Growth A (X) | A | Dividend | J | T | | | | | |
| 94. Templeton Emerging Markets Small Cap A (X) | A | Dividend | J | T | | | | | |
| 95. Petroquest Energy, LLC Royalty Interest (X) | D | Royalty | K | W | | | | | |
| 96. Baton Ruge, LA East Baton Rouge Property, Rental Property (X) | D | Rent | M | W | Open | 01/01/16 | M | | See Note at VIII |
| 97. Baron Emerging Market Fund, Instl | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 98. DFA Real Estate Securities Portfolio | | None | K | T | | | | | See Note at VIII |
| 99. DFA International Real Estate | | None | K | T | | | | | See Note at VIII |
| 100. DFA US Large CAP Value | | None | L | T | | | | | See Note at VIII |
| 101. DFA Emerging Market Small CAP | | None | K | T | | | | | See Note at VIII |
| 102. DFA US Small Cap Value | | None | M | T | | | | | See Note at VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Int'L Small Company Portfolio | | None | L | T | | | | | See Note at VIII |
| 104. DFA Emerging Market Core Equity | | None | K | T | | | | | See Note at VIII |
| 105. DFA US Large Company Portfolio Inst | | None | L | T | | | | | See Note at VIII |
| 106. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

\# 11 On July 1, 2015, 1 share of chemours was spun off for every 5 shares held in DuPont. It was not reported in the 2015 report.

\# 12  On 5/18/2016, Charter Communications combines with TimeWarner Cable to produce Charter Communications New "A".

\# 13 Lands End stock was not listed by former preparer although it was inherited as part of an IRA in 2014.

\# 14  Waste Management stock was part of an inherited IRA acccount and was not listed in prior years.

\# 15  Baron Emerging Market Retail was purchased in 2 increments: $13,200 on 8/24/16 and $15,000 on 8/25/16

\# 35 Telesites S A B DE C V SHS : This security was purchased in 2015 but not listed in the 2015 report

\# 54  On November 1, 2016 Yum Brands Spun off Yum China Holidings, Inc. Shareholders received 1 share of Yum China Holidings for each share of Yum Brands held as of October 19, 2016.  The cost basis of Yum China Holdings is one-half the basis in Yum Brands at that date.

\# 55 See note above.

\# 89 Origin Bank had 2 sales of money market funds - 1/20/16 for 63.48 and 4/7/16 for 6,000.

\# 95 In 2015 PetroQuest was not reported by prior preparer.  In 2016 the income is sufficient to merit reporting.

\#96  Property had been owned for many years for personal use but became rental property in 2016.

\# Rows 98 - 105 contain components of the 401(k) PS Plan and Trust _____ .  These assets produced no dividends or income of any kind and no distributions have been made during 2016.  The only change from prior years is the unrealized capital gains or losses that are not considered to be income according to the Committee in Financial Disclosure..

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 10/30/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Jane T. Milazzo

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544